UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                    Case No. 14-32886
                                                          Chapter 13
JERRY A. BOYD,

    Debtor.

### *EX PARTE* ORDER DENYING
### MOTION TO REVOKE CONFIRMATION

On October 19, 2015, Felecia P. Boyd, the former spouse of the debtor, filed a motion seeking revocation of the order confirming the debtor's chapter 13 plan under 11 U.S.C. § 1330.[1] The motion further seeks the dismissal of the case pursuant to 11 U.S.C. § 1307 should the confirmation be revoked under § 1330(a).

The statute provides:

(a) On request of a party in interest *at any time within 180 days after the date of the entry of an order of confirmation under section 1325 of this title*, and after notice and a hearing, the court may revoke such order if such order was procured by fraud.

11 U.S.C. § 1330(a)(1)(emphasis added).

In the case *sub judice*, the debtor's plan was confirmed on January 10, 2015 (Doc. #19). Ms. Boyd's motion seeking revocation of the confirmation was filed on October 19, 2015, well outside the 180 day limitation established by § 1330(a)(1).

In addition, should the court treat Ms. Boyd's motion as one for relief from the judgment or order pursuant to F.R.B.P. 9024, the motion is also brought too late. That procedural rule provides:

    Rule 60 FR Civ P applies in cases under the Code except

---

[1] Pursuant to F.R.B.P. 7001(5), a proceeding to revoke an order confirming a chapter 13 plan must be brought by adversary proceeding instead of by motion. Because the court will deny the motion on other grounds, the form or this proceeding needs no further discussion.

that.......................... (3) a complaint to revoke an order confirming a plan may be filed only within the time allowed by § 1144, § 1230, or § 1330.

F.R.B.P. 9024 (making F.R. Civ. P. 60 applicable to bankruptcy cases with certain exceptions including the one relevant here). Here, because the motion to revoke comes outside the 180 day post-confirmation time limitation, relief from the confirmation order cannot be obtained through F.R.B.P. 9024 as it incorporates Rule 60 FR Civ P. Accordingly, it is

ORDERED that Felecia P. Boyd's motion to revoke confirmation of the debtor's confirmed plan is DENIED.

Done this the 19th day of October, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
C. Brandon Sellers, Debtor's Attorney
Bradley A. Hawley, Ms. Boyd's Attorney
Trustee